**Entered on Docket**
**March 28, 2011**

_____

**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

YVETTE WEINSTEIN, TRUSTEE
6450 SPRING MOUNTAIN RD., #14
LAS VEGAS, NV  89146
Telephone: (702) 364-8919
Fax: (702) 364-8922

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. 11-11194 LBR<br>IN PROCEEDINGS UNDER CHAPTER 7 |
| **KOKX, SARINYA SRIPLAI**<br>**KOKX, TERRY WILLIAM** | **EX-PARTE ORDER DISMISSING**<br>**CHAPTER 7 CASE WITHOUT**<br>**PREJUDICE; DISCHARGING TRUSTEE**<br>**OF HER DUTIES** |
| Debtor(s) | **N/A** |

IT IS HEREBY ORDERED that the Chapter 7 proceeding is hereby dismissed without prejudice and it is ordered that  no discharge will be entered because of debtor's failure to file schedules, means test and other necessary documents with the Court pursuant U.S.C.

Section 521(a)(1) and Section 521(1)(B)(i)for failure to file schedules of assets and liabilities; failure to file a schedule of current income and current expenditures as required by Section 521(1)(B)(ii); failed to file the statement of intention as required by Section 521(a)(2)(FormB8); and failure to file a certificate of completion of credit counseling as required by Fed. R. Bankr. P.1007 and Section 521(b) of the Bankruptcy Code.

          IT IS HEREBY ORDERED that Yvette Weinstein, Trustee is hereby discharged of her trust and her bond is hereby exonerated.

DATED:   March 23, 2011

Respectfully Submitted by

 */s/ Yvette Weinstein*
Yvette Weinstein, Trustee

###